Jihad M. Smaili [262219]
Stephen D. Counts [231348]
**SMAILI & ASSOCIATES, PC**
600 W. Santa Ana Blvd., Suite 202
Santa Ana, California 92701
714-547-4700
714-547-4710 (facsimile)

Attorneys for Plaintiff

Christine A. Kohler [211562]
**LITTLER MENDELSON, P.C.**
185 Jamboree Road., Suite 800
Irvine, CA 92612
(949) 705-3000
(949) 724-1201 (facsimile)

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HERNAEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AMSPEC, LLC, a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.: 2:21-cv-02120-JAK-KES**<br>Assigned for all purposes to the<br>Hon. John A Kronstadt<br><br>**PARTIES' JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the Parties have reached a settlement in the instant case. Plaintiff anticipates filing a dismissal of the entire action with prejudice in the next thirty days.

Dated: December 8, 2021          **SMAILI & ASSOCIATES, P.C.**

By: _/s/Jihad M. Smaili_____
    Jihad M. Smaili, Esq.
    Stephen D. Counts, Esq.
    Attorneys for Plaintiffs

Dated: December 8, 2021          **LITTLER MENDELSON, P.C.**

By: _/s/ Christine A. Kohler_____
    Christine A. Kohler, Esq.
    Attorneys for Defendant

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 8, 2021          **SMAILI & ASSOCIATES, PC**

By: /s/ *Jihad M. Smaili*_____
    Jihad M. Smaili